E-FILED
Thursday, 18 June, 2020  11:33:53 AM
Clerk, U.S. District Court, ILCD

PROB 34

# UNITED STATES DISTRICT COURT
### FOR THE
# CENTRAL DISTRICT OF ILLINOIS

**Report and Order Terminating Probation/Supervised Release**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No.  0753 2:19cr20062-1 |
| | ) | |
| SAMUEL JAMES JOHNSON | ) | |

It appearing that the above named has complied with the conditions of  supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on June 15, 2020, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

s/ Alisha L. Waite

Alisha L. Waite
U.S. Probation Officer

ALW:mlw

ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation/supervised release and that the proceedings in the case be terminated.

Dated this 18th day of June, 2020.

s/ Colin S. Bruce

_____

Colin S. Bruce
United States District Judge